UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

            Plaintiff,

-against-

CITY OF NEW YORK (HRA), *et al.*,

            Defendants.

19-CV-11550 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On November 7, 2019, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court dismisses this action without prejudice for Plaintiff's failure to comply with the November 7, 2019 order.

The Clerk of Court is directed to transmit a copy of this order to Plaintiff[1] and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 18, 2019
         New York, New York

                                           COLLEEN McMAHON
                                       Chief United States District Judge

---

[1] Plaintiff consents to receive electronic service.