UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

            Plaintiff,

-against-

CITY OF NEW YORK (HRA), *et al.*,

            Defendants.

19-CV-11550 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 18, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 18, 2019
        New York, New York

                                       COLLEEN McMAHON
                               Chief United States District Judge